IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-436-BO

| | |
|---|---|
| DIERDRA A. BREWSTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | O R D E R |
| ) | |
| THE NORTH CAROLINA DEPARTMENT ) | |
| OF THE SECRETARY OF STATE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on plaintiff's *pro se* motion for leave to appeal Magistrate Judge James E. Gates's scheduling order and to amend that order. [DE 29]. Plaintiff requests twenty-five changes to the scheduling order. First, she requests that a reference to her name be corrected to include her middle initial. She then requests specific documents and reiterates the requests she has made in five other motions currently pending before the Court. Plaintiff has not demonstrated good cause for any of these amendments to the scheduling order and, as such, plaintiff's motion is denied. The remaining motions [DE 19, 20, 21, 25, 31], all non-dispositive and relating to discovery and documents that plaintiff does not wish to disclose, are hereby REFERRED to Magistrate Judge Gates.

SO ORDERED, this /2 day of February, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE